## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. _____** |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | **29 U.S.C. § 439(b) (False Statements** |
| | **:** | **in Labor Union Officer Reports)** |
| | **:** | |
| **JAMES CALLAHAN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## INFORMATION

Defendant JAMES CALLAHAN, having waived in open court prosecution by Indictment, the United States charges as follows:

## GENERAL ALLEGATIONS

At all times material to this Information:

1.  The defendant, JAMES CALLAHAN, was an officer and employee of the International Union of Operating Engineers ("Operating Engineers"), a labor organization engaged in an industry affecting commerce and subject to the Labor-Management Reporting and Disclosure Act (LMRDA).

2.  As an officer and employee of the Operating Engineers, Defendant JAMES CALLAHAN was required to file with the Office of Labor-Management Standards, United States Department of Labor, within 90 days after the close of his fiscal year, a report (Department of Labor Form LM-30) listing and describing certain transactions for

his preceding fiscal year.

3.     Among the transactions which must be reported include any stock, bond, security, or other interest, legal or equitable, which such officer or employee or his spouse or minor child directly or indirectly held in, or any income or any other benefit with monetary value (including reimbursed expenses) which he or his spouse or minor child derived directly or indirectly from, a business any part of which consists of buying from, or selling or leasing directly or indirectly to, or otherwise dealing with such labor organization.

4.     Professional Sports Publications (PSP) sold print advertising in sports programs and yearbooks used by the NFL, Major League Baseball, NBA, NHL, college football and basketball.   From on or about August 2015 to February 2024, the Operating Engineers purchased more than $4 million in print advertising from PSP on behalf of the International.

5.    From on or about August 2015 to February 2024, in the District of Columbia and elsewhere, Defendant JAMES CALLAHAN, and others known and unknown to the Government, received tickets to sports and entertainment events, and hospitality and transportation associated with those events from PSP, a business which consists of buying from, or selling or leasing directly or indirectly to, or otherwise dealing with the Operating Engineers, that were awarded in connection with the advertising agreements between the Operating Engineers and PSP.

2

6.   On or about the dates listed below, in the District of District of Columbia,

Defendant JAMES CALLAHAN knowingly failed to disclose a material fact in a report

and document required to be filed by CALLAHAN with the Secretary of Labor

pursuant to Section 432(a)(4) of Title 29, United States Code, that is, his annual financial

report form LM-30 for the year, namely, his receipt of tickets to sports and entertainment

events, and hospitality and transportation associated with those events, derived from

PSP as a result of the International's purchase of print advertising with PSP.

| Report | Date Filed |
|---|---|
| LM-30 Report for 2019 | March 30, 2020 |
| LM-30 Report for 2020 | March 5, 2021 |
| LM-30 Report for 2021 | March 25, 2022 |
| LM-30 Report for 2022 | March 15, 2023 |
| LM-30 Report for 2023 | March 19, 2024 |

All in violation of Title 29, United States Code, Section 439(b).

Trial Attorney Vincent J. Falvo, Jr.,
United States Department of Justice

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

Assistant United States Attorney Brian Kelly
United States Attorney for the District of
Columbia

Dated:  December 3, 2024

3