**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Case No. 1:24-CR-00555-ACR |
| **JAMES CALLAHAN,** | ) ) | The Honorable Ana C. Reyes |
| **Defendant.** | ) ) ) | |

**DEFENDANT JAMES CALLAHAN'S MOTION TO VACATE SENTENCING**
**DUE TO EXECUTIVE GRANT OF CLEMENCY**

Defendant James Callahan, through undersigned counsel, respectfully moves this Court to vacate the sentencing proceeding scheduled for May 28, 2025 due to an Executive Grant of Clemency signed by President Donald S. Trump on May 27, 2025.

Pursuant to his powers under Article II, Section 2, Clause 1, of the United States Constitution, the President of the United States has the authority to "grant Reprieves and Pardons for Offences against the United States, except in the Case of Impeachment." This authority may be exercised at any time after an offenses' commission, "either before legal proceedings are taken or during their pendency, or after conviction and judgment." *Ex parte Garland*, 71 U.S. 333, 334, 18 L. Ed. 366 (1866). "If granted before conviction it prevents any of the penalties and disabilities consequent upon conviction from attaching: if granted after conviction it removes the penalties and disabilities and restores him to all his civil rights." *Id*.

On May 27, 2025, Mr. Callahan was informed by the President of the United States, Donald J. Trump, that the President had exercised his authority to grant Mr. Callahan a full and unconditional pardon for those offenses set forth in this case. We will supplement this motion with a true and accurate copy of the Executive Grant of Clemency as soon as it is received.

2

For the foregoing reasons, Mr. Callahan respectfully asks the Court to vacate the sentencing hearing.

Dated: May 27, 2025

Respectfully submitted,

*/s/ David Schertler*
David Schertler | DC Bar No. 367203
Tara N. Tighe | DC Bar No. 1742435
Schertler Onorato Mead & Sears LLP
555 13th Street, N.W. | Suite 500 West
Washington, DC 20004
dschertler@schertlerlaw.com
ttighe@schertlerlaw.com
Phone: (202) 628-4199
Fax: (202) 628-4177

*Counsel for Defendant James Callahan*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF electronic filing system, which will send an automatic notification of the filing to all counsel of record in this matter.

        Respectfully submitted,

        */s/ David Schertler*
        David Schertler | DC Bar No. 367203
        Tara N. Tighe | DC Bar No. 1742435
        Schertler Onorato Mead & Sears LLP
        555 13th Street, N.W. | Suite 500 West
        Washington, DC 20004
        dschertler@schertlerlaw.com
        ttighe@schertlerlaw.com
        Phone: (202) 628-4199
        Fax: (202) 628-4177

        *Counsel for Defendant James Callahan*